UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:          Case No. 26-40473
  Andrea Randall       Hon. Paul R. Hage
              CHAPTER 13

_____/

**<u>AFFIDAVIT</u>**

I, Andrea Randall, hereby swear and affirm that I have filed my Federal taxes for the years 2021, 2022, 2023 and 2025.

I, Andrea Randall, declare and affirm under penalty and perjury that we have read the foregoing averments and the statements above are true and correct to the best of my knowledge, information, and belief.


DATE: June 26, 2026       <u>/s/ Andrea Randall</u>
              Andrea Randall - Debtor