UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br>Andrea Randall<br>_________________________/ | Case No. 26-40473<br>Chapter 13<br>Hon. Paul R. Hage |

OBJECTION TO PROOF OF CLAIM NO.: 18 OF MICHIGAN DEPARTMENT OF TREASURY

Now come(s) the above-captioned Debtor(s) by and through their attorney, Jesse R. Sweeney, and hereby bring this Objection to Proof of Claim of Michigan Department of Treasury, and state as follows:

1. That the Debtor(s) in this case filed for protection under Chapter 13 of the Bankruptcy Code;

2. That Michigan Department of Treasury filed Proof of Claim No. 18 in the amount of $30,857.33. Based on the documentation attached to the Proof of Claim, $29,799.49 of the claim consists of taxes computed or estimated by the Michigan Department of Treasury for City and State tax liabilities.

3. That the Debtor has since filed all outstanding tax returns, and copies of the filed returns were provided to the Michigan Department of Treasury via email in response to the Notices of Unfiled Taxes.

4. That based on the filed tax returns, the Debtor's actual tax liability for the amounts previously computed or estimated by the Michigan Department of Treasury is $5,850.00. Accordingly, the total claim should be reduced from $30,857.33 to $6,907.84, consisting of a priority claim in the amount of $6,713.44 and a general unsecured claim in the amount of $194.40.

WHEREFORE the Debtors respectfully request from this Honorable Court the following relief:

a. That the Objection to Proof of Claim of Michigan Department of Treasury also known as Claim number 18 shall be sustained and reducing the claim from $30,857.33 to $6,907.84, with $6,713.44 treated as a priority claim and $194.40 treated as a general unsecured claim.

Respectfully Submitted,

DATE: November 5, 2026

/s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
28475 Greenfield Rd., Suite 217
Southfield, MI 48076
(586) 909-8017
Sweeneylaw2005@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Andrea Randall

Case No. 26-40473
Chapter 13
Hon. Paul R. Hage

_________________________/

ORDER SUSTAINING OBJECTION AGAINST MICHIGAN DEPARTMENT OF TREASURY

Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY'S Objection to Proof of Claim, and no responses having been filed to the said Objection, and no appearances on the date and time of the hearing;

IT IS HEREBY ORDERED:

That the Objection to Proof of Claim of Michigan Department of Treasury also known as Claim number 18 shall be sustained and reducing the claim from $30,857.33 to $6,907.84, with $6,713.44 treated as a priority claim and $194.40 treated as a general unsecured claim.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
Andrea Randall

Case No. 26-40473
Chapter 13
Hon. Paul R. Hage

_________________________/

NOTICE OF OBJECTION TO PROOF OF CLAIM NO: 18 FILED BY MICHIGAN DEPARTMENT OF TREASURY

JESSE R. SWEENEY, Attorney for Debtors, has filed papers with the Court objecting to a Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE that the attached Objection is scheduled to be heard on December 10, 2026 at 10:00 a.m. by the Honorable Judge Paul R. Hage in room 1925 of the Comerica Building located at 211 W. Fort Street, Detroit, Michigan 48226, or as soon thereafter as counsel may be heard.

If you do not want the Court to award the requested relief, or if you want the court to consider your views on the Objection, on or before 7 days prior to the hearing date above, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at: United States Bankruptcy Court, 211 W. Fort Street, Detroit, MI 48226.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Sweeney Law Offices, Attorney for Debtor(s), 28475 Greenfield Rd., Suite 217, Southfield, MI 48076
David Wm. Ruskin, Chapter 13 Trustee, 26555 Evergreen Road, Suite 1100, Southfield, MI 48076
Michigan Department of Treasury, Bankruptcy Unit, PO Box 30168, Lansing, MI 48909

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

DATE: November 5, 2026

/s/ Jesse R. Sweeney

Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
28475 Greenfield Rd., Suite 217
Southfield, MI 48076
(586) 909-8017
Sweeneylaw2005@gmail.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: Andrea Randall | Case No. 26-40473<br>Chapter 13<br>Hon. Paul R. Hage |

_________________________/

CERTIFICATE OF SERVICE

The undersigned declares that on November 5, 2026, he served copies of the Debtors Objection to Claim of Michigan Department of Treasury and the Notice of Objection and Hearing electronically to the parties listed below:

Tammy L. Terry
Chapter 13 Trustee
mieb_ecfadmin@det13.net

Moe Freedman on behalf of Creditor State of Michigan Department of Treasury
freedmanm1@michigan.gov

And by First Class United States Postal Service, postage fully prepaid, and addressed as follows:

Michigan Department of Treasury, Bankruptcy Unit, PO Box 30168, Lansing, MI 48909

/s/ Jesse R. Sweeney
JESSE R. SWEENEY
Attorney for Debtor(s)
28475 Greenfield Rd., Suite 217
Southfield, MI 48076
(586)909-8017
sweeneylaw2005@gmail.com